## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

YAWO APETOGBO,

     Petitioner,

v.                                                                   No. 26-cv-1885-SMD-JHR

MELISSA ORTIZ, *et al.*,

     Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil habeas action is **DISMISSED without prejudice**.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE